# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Yolanda R. Ingram,<br><br>Debtor. | Case No. 26-13606<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on August 28, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: August 28, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Standing Chapter 13 Trustee (TBD)**

**Method of Service: First Class Mail**

Aes/Ecmc
Attn: Bankruptcy
P.O. Box 2461
Harrisburg, PA 17105-2461

Caci
Attn: Bankruptcy
500 Northwest Plaza Suite 300
St. Ann, MO 63074

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411-2546

Cornerstone
PO Box 82561
Lincoln, NE 68501

Deferit Inc
Attn: Bankruptcy/Legal
PO Box 3511
New York, NY 10008

Exeter Finance LLC
Attn: Bankruptcy
PO Box 166008
Irving, TX 75016

Fay Servicing, LLC
Attn: Bankruptcy Dept
1601 Lyndon B Johnson Fwy
Farmers Branch, TX 75234

Fst Premier
3820 N Louise Avenue
Sioux Falls, SD 57107

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

LVNV Funding LLC
Resurgent Correspondence
PO Box 1269
Greenville, SC 29602

Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Housing Finance Agency
Attn: Bankruptcy
211 N Front St
Harrisburg, PA 17101-1406

SWC Group
4120 International Parkway #100
Carrollton, TX 75007

Tilt Lending/Finwise
9169 W State St 499 #499 #499
Boise, ID 83714-1733

Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617