**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br><br>Yolanda R. Ingram aka Yolando Ingram-Henley aka Yolanda Henley<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NO.: 26-13606-djb |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 ("Secured Creditor"), secured creditor to the above entitled Debtors by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

Aleksandra Fugate
Hill Wallack LLP
261 Madison Avenue, 9th Floor
New York, NY 10016
Phone: 929-295-7874
Email: afugate@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Secured Creditor (i) right to have final orders in non-core matters entered only after de novo

review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Secured Creditor is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 25, 2026

Hill Wallack LLP

s/ Aleksandra Fugate

Aleksandra Fugate
Hill Wallack LLP
261 Madison Avenue, 9th Floor
New York, NY 10016
Phone: 929-295-7874
Email: afugate@hillwallack.com
Authorized agent for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br><br>Yolanda R. Ingram aka Yolando Ingram-Henley aka Yolanda Henley<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NO.: 26-13606-djb |

**CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties, indicated below of (i) Notice of Appearance for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 in the manner indicated below on September 25, 2026:

Yolanda R. Ingram
3720 N 18th St
Philadelphia, PA 19140-3533
**DEBTOR - VIA REGULAR MAIL**

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
**TRUSTEE - VIA ECF**

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
**COUNSEL FOR DEBTOR -VIA ECF**

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
**UNITED STATES TRUSTEE - VIA ECF**

/s/ Tolga Beyaz
Tolga Beyaz