**Pine View Healthcare LLC**
50 N Malin Rd
Broomall, PA 19008

**Voucher Date** 06/30/2026

**Voucher Number** 5798

******* This is not a check *******

**Direct Deposit Amount** $ *******308.86

[redacted]

Pay to the order of: **Yolanda Ingram-Henley**
3720 N. 18th Street
Philadelphia, PA 19140

**Pine View Healthcare LLC**
50 N Malin Rd
Broomall, PA 19008

Yolanda Ingram-Henley

Voucher Number: 5798

| | | | |
|---|---|---|---|
| Employee Id | [redacted] | Check Date | **06/30/2026** |
| Hire Date | **03/05/2025** | Period Begin | **06/10/2026** |
| Employee Status | **A** | Period End | **06/23/2026** |

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 48.10 | 22.44 | 1,079.37 | 13,942.13 |
| Holiday Worked | | | 0.00 | 173.80 |
| Holiday Worked Premium Double Time | | | 0.00 | 173.80 |
| Overtime | 4.00 | 22.44 | 89.76 | 574.47 |
| Overtime Premium | | | 47.54 | 303.94 |
| Holiday | | | 0.00 | 501.60 |
| Education | | | 0.00 | 500.00 |
| DIFFE | 36.70 | 2.00 | 73.40 | 996.80 |
| | **52.10** | | **1,290.07** | **17,166.54** |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income Tax | S- | 1,290.07 | 51.73 | 734.77 |
| Social Security | | 1,290.07 | 79.99 | 1,063.57 |
| Medicare | | 1,290.07 | 18.71 | 248.74 |
| Pennsylvania SITW | S- | 1,290.07 | 39.61 | 526.64 |
| PA SUI - EE | | 1,290.07 | 0.91 | 12.02 |
| Marple T.(Delaware)(Marp | | 1,290.07 | 2.00 | 26.00 |
| Philadelphia C. (Philade | | 1,290.07 | 48.25 | 642.04 |
| | | | **241.20** | **3,253.78** |

| Deductions | Amount | YTD |
|---|---|---|
| Colonial Life | 27.83 | 361.79 |
| Dental | 0.00 | 12.24 |
| Tapcheck | 710.00 | 8,620.00 |
| Union Dues | 2.18 | 313.86 |
| | **740.01** | **9,307.89** |

## Other Info

| Benefits | Amount | YTD |
|---|---|---|
| 401K Match | 0.00 | 0.00 |
| | **0.00** | **0.00** |

| Direct Deposits | | Amount |
|---|---|---|
| PNCBANK, NATIONAL AS | ****7456 | 100.00 |
| WOODFOREST NATIONAL | ****0839 | 208.86 |
| | | **308.86** |

## Statement Summary

| | |
|---|---|
| Gross Pay | 1,290.07 |
| Federal Taxes | -150.43 |
| State and Local Taxes | -90.77 |
| Other Deductions | -740.01 |
| Net Pay | 308.86 |
| Direct Deposits | 308.86 |
| Net Check | 0.00 |

**Pine View Healthcare LLC**
50 N Malin Rd
Broomall, PA 19008

**Voucher Date** 07/14/2026

**Voucher Number** 6013

******* This is not a check *******

**Direct Deposit Amount** $ *******537.06

[redacted]8

Pay to the order of: **Yolanda Ingram-Henley**
3720 N. 18th Street
Philadelphia, PA 19140

**Pine View Healthcare LLC**
50 N Malin Rd
Broomall, PA 19008

Yolanda Ingram-Henley

Voucher Number: 6013

| | | | |
|---|---|---|---|
| Employee Id | [redacted] | Check Date | **07/14/2026** |
| Hire Date | **03/05/2025** | Period Begin | **06/24/2026** |
| Employee Status | **A** | Period End | **07/07/2026** |

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 48.20 | 22.44 | 1,081.61 | 15,023.74 |
| Holiday Worked | | | 0.00 | 173.80 |
| Holiday Worked Premium Double Time | | | 0.00 | 173.80 |
| Overtime | 6.60 | 22.44 | 148.10 | 722.57 |
| Overtime Premium | | | 78.24 | 382.18 |
| Holiday | 7.50 | 22.44 | 168.30 | 669.90 |
| Education | | | 0.00 | 500.00 |
| DIFFE | 37.00 | 2.00 | 74.00 | 1,070.80 |
| | **62.30** | | **1,550.25** | **18,716.79** |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income Tax | S- | 1,550.25 | 82.95 | 817.72 |
| Social Security | | 1,550.25 | 96.11 | 1,159.68 |
| Medicare | | 1,550.25 | 22.48 | 271.22 |
| Pennsylvania SITW | S- | 1,550.25 | 47.59 | 574.23 |
| PA SUI - EE | | 1,550.25 | 1.08 | 13.10 |
| Marple T.(Delaware)(Marp | | 1,550.25 | 2.00 | 28.00 |
| Philadelphia C. (Philade | | 1,550.25 | 57.90 | 699.94 |
| | | | **310.11** | **3,563.89** |

| Deductions | Amount | YTD |
|---|---|---|
| Colonial Life | 27.83 | 389.62 |
| Dental | 0.00 | 12.24 |
| Tapcheck | 646.00 | 9,266.00 |
| Union Dues | 29.25 | 343.11 |
| | **703.08** | **10,010.97** |

## Other Info

| Benefits | Amount | YTD |
|---|---|---|
| 401K Match | 0.00 | 0.00 |
| | **0.00** | **0.00** |

| Direct Deposits | | Amount |
|---|---|---|
| PNCBANK, NATIONAL AS | ****7456 | 100.00 |
| WOODFOREST NATIONAL | ****0839 | 437.06 |
| | | **537.06** |

## Statement Summary

| | |
|---|---|
| Gross Pay | 1,550.25 |
| Federal Taxes | -201.54 |
| State and Local Taxes | -108.57 |
| Other Deductions | -703.08 |
| Net Pay | 537.06 |
| Direct Deposits | 537.06 |
| Net Check | 0.00 |

**Pine View Healthcare LLC**
50 N Malin Rd
Broomall, PA 19008

**Voucher Date** 07/28/2026

**Voucher Number** 6234

******* This is not a check *******

**Direct Deposit Amount** $ *******150.57

[redacted]

Pay to the order of: **Yolanda Ingram-Henley**
3720 N. 18th Street
Philadelphia, PA 19140

**Pine View Healthcare LLC**
50 N Malin Rd
Broomall, PA 19008

Yolanda Ingram-Henley

| | | | |
|---|---|---|---|
| Employee Id | [redacted] | Check Date | **07/28/2026** |
| Hire Date | **03/05/2025** | Period Begin | **07/08/2026** |
| Employee Status | **A** | Period End | **07/21/2026** |

Voucher Number: 6234

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 30.60 | 22.44 | 686.66 | 15,710.40 |
| Holiday Worked | | | 0.00 | 173.80 |
| Holiday Worked Premium Double Time | | | 0.00 | 173.80 |
| Overtime | | | 0.00 | 722.57 |
| Overtime Premium | | | 0.00 | 382.18 |
| Holiday | | | 0.00 | 669.90 |
| Education | | | 0.00 | 500.00 |
| DIFFE | 21.70 | 2.00 | 43.40 | 1,114.20 |
| | **30.60** | | **730.06** | **19,446.85** |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income Tax | S- | 730.06 | 0.00 | 817.72 |
| Social Security | | 730.06 | 45.27 | 1,204.95 |
| Medicare | | 730.06 | 10.58 | 281.80 |
| Pennsylvania SITW | S- | 730.06 | 22.41 | 596.64 |
| PA SUI - EE | | 730.06 | 0.51 | 13.61 |
| Marple T.(Delaware)(Marp | | 730.06 | 2.00 | 30.00 |
| Philadelphia C. (Philade | | 730.06 | 27.27 | 727.21 |
| | | | **108.04** | **3,671.93** |

| Deductions | Amount | YTD |
|---|---|---|
| Colonial Life | 27.83 | 417.45 |
| Dental | 0.00 | 12.24 |
| Tapcheck | 429.00 | 9,695.00 |
| Union Dues | 14.62 | 357.73 |
| | **471.45** | **10,482.42** |

## Statement Summary

| | |
|---|---|
| Gross Pay | 730.06 |
| Federal Taxes | -55.85 |
| State and Local Taxes | -52.19 |
| Other Deductions | -471.45 |
| Net Pay | 150.57 |
| Direct Deposits | 150.57 |
| Net Check | 0.00 |

## Other Info

| Benefits | Amount | YTD |
|---|---|---|
| 401K Match | 0.00 | 0.00 |
| | **0.00** | **0.00** |

| Direct Deposits | | Amount |
|---|---|---|
| PNCBANK, NATIONAL AS | ****7456 | 100.00 |
| WOODFOREST NATIONAL | ****0839 | 50.57 |
| | | **150.57** |

**Pine View Healthcare LLC**
50 N Malin Rd
Broomall, PA 19008

**Voucher Date** 08/11/2026

**Voucher Number** 6447

******* This is not a check *******

**Direct Deposit Amount** $ *******315.62

[redacted]

Pay to the order of: **Yolanda Ingram-Henley**
3720 N. 18th Street
Philadelphia, PA 19140

**Pine View Healthcare LLC**
50 N Malin Rd
Broomall, PA 19008

Yolanda Ingram-Henley

| | | | |
|---|---|---|---|
| Employee Id | [redacted] | Check Date | **08/11/2026** |
| Hire Date | **03/05/2025** | Period Begin | **07/22/2026** |
| Employee Status | **A** | Period End | **08/04/2026** |

Voucher Number: 6447

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 45.80 | 22.44 | 1,027.76 | 16,738.16 |
| Holiday Worked | | | 0.00 | 173.80 |
| Holiday Worked Premium Double Time | | | 0.00 | 173.80 |
| Overtime | | | 0.00 | 722.57 |
| Overtime Premium | | | 0.00 | 382.18 |
| Holiday | | | 0.00 | 669.90 |
| Education | | | 0.00 | 500.00 |
| DIFFE | 29.70 | 2.00 | 59.40 | 1,173.60 |
| | **45.80** | | **1,087.16** | **20,534.01** |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income Tax | S- | 1,087.16 | 27.56 | 845.28 |
| Social Security | | 1,087.16 | 67.40 | 1,272.35 |
| Medicare | | 1,087.16 | 15.77 | 297.57 |
| Pennsylvania SITW | S- | 1,087.16 | 33.38 | 630.02 |
| PA SUI - EE | | 1,087.16 | 0.76 | 14.37 |
| Marple T.(Delaware)(Marp | | 1,087.16 | 2.00 | 32.00 |
| Philadelphia C. (Philade | | 1,087.16 | 40.61 | 767.82 |
| | | | **187.48** | **3,859.41** |

| Deductions | Amount | YTD |
|---|---|---|
| Colonial Life | 27.83 | 445.28 |
| Dental | 0.00 | 12.24 |
| Tapcheck | 526.98 | 10,221.98 |
| Union Dues | 29.25 | 386.98 |
| | **584.06** | **11,066.48** |

## Other Info

| Benefits | Amount | YTD |
|---|---|---|
| 401K Match | 0.00 | 0.00 |
| | **0.00** | **0.00** |

| Direct Deposits | | Amount |
|---|---|---|
| PNCBANK, NATIONAL AS | ****7456 | 100.00 |
| WOODFOREST NATIONAL | ****0839 | 215.62 |
| | | **315.62** |

## Statement Summary

| | |
|---|---|
| Gross Pay | 1,087.16 |
| Federal Taxes | -110.73 |
| State and Local Taxes | -76.75 |
| Other Deductions | -584.06 |
| Net Pay | 315.62 |
| Direct Deposits | 315.62 |
| Net Check | 0.00 |

**Pine View Healthcare LLC**
50 N Malin Rd
Broomall, PA 19008

**Voucher Date** 08/25/2026

**Voucher Number** 6666

******* This is not a check *******

**Direct Deposit Amount** $ *******251.02

[redacted]

Pay to the order of:
**Yolanda Ingram-Henley**
3720 N. 18th Street
Philadelphia, PA 19140

**Pine View Healthcare LLC**
50 N Malin Rd
Broomall, PA 19008

Yolanda Ingram-Henley

Voucher Number: 6666

| | | | |
|---|---|---|---|
| Employee Id | [redacted] | Check Date | **08/25/2026** |
| Hire Date | **03/05/2025** | Period Begin | **08/05/2026** |
| Employee Status | **A** | Period End | **08/18/2026** |

## Pay Details

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| Regular | 53.40 | 22.44 | 1,198.30 | 17,936.46 |
| Holiday Worked | | | 0.00 | 173.80 |
| Holiday Worked Premium Double Time | | | 0.00 | 173.80 |
| Overtime | | | 0.00 | 722.57 |
| Overtime Premium | | | 0.00 | 382.18 |
| Holiday | | | 0.00 | 669.90 |
| Education | | | 0.00 | 500.00 |
| DIFFE | 35.20 | 2.00 | 70.40 | 1,244.00 |
| | **53.40** | | **1,268.70** | **21,802.71** |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income Tax | S- | 1,268.70 | 49.17 | 894.45 |
| Social Security | | 1,268.70 | 78.66 | 1,351.01 |
| Medicare | | 1,268.70 | 18.39 | 315.96 |
| Pennsylvania SITW | S- | 1,268.70 | 38.95 | 668.97 |
| PA SUI - EE | | 1,268.70 | 0.89 | 15.26 |
| Marple T.(Delaware)(Marp | | 1,268.70 | 2.00 | 34.00 |
| Philadelphia C. (Philade | | 1,268.70 | 47.39 | 815.21 |
| | | | **235.45** | **4,094.86** |

| Deductions | Amount | YTD |
|---|---|---|
| Colonial Life | 27.83 | 473.11 |
| Dental | 0.00 | 12.24 |
| Tapcheck | 729.94 | 10,951.92 |
| Union Dues | 24.46 | 411.44 |
| | **782.23** | **11,848.71** |

## Other Info

| Benefits | Amount | YTD |
|---|---|---|
| 401K Match | 0.00 | 0.00 |
| | **0.00** | **0.00** |

| Direct Deposits | | Amount |
|---|---|---|
| PNCBANK, NATIONAL AS | ****7456 | 100.00 |
| WOODFOREST NATIONAL | ****0839 | 151.02 |
| | | **251.02** |

## Statement Summary

| | |
|---|---|
| Gross Pay | 1,268.70 |
| Federal Taxes | -146.22 |
| State and Local Taxes | -89.23 |
| Other Deductions | -782.23 |
| Net Pay | 251.02 |
| Direct Deposits | 251.02 |
| Net Check | 0.00 |

Penn Medicine
University *of* Pennsylvania Health System

Employee Name: Yolanda R. Ingram-Henley

Address: 3720 N 18th Street

Employee #: [redacted]

Receipt #: 2810561

Pay Date: July 10, 2026

Pay Period: June 21, 2026 - July 4, 2026

University Of Pennsylvania Health System

800 Spruce St

| Tax Deductions | Current | Year To Date |
|---|---|---|
| MEDICREE | 11.09 | 174.78 |
| PA STATE | 23.46 | 373.70 |
| PHILA | 43.42 | 637.07 |
| SUEC | 0.81 | 12.01 |
| SocialSec-EE | 47.39 | 747.32 |
| Total | 167.59 | 2,680.86 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| AD&D_After Tax | 0.30 | 0.30 |
| DepLifCh | 1.87 | 18.12 |
| STD Post | 6.55 | 91.70 |
| SupLife | 3.83 | 53.62 |
| UPHSBest | 67.01 | 1,284.94 |
| Total | 79.56 | 1,448.68 |

| Company Deductions | Current | Year To Date |
|---|---|---|
| FdltyERMatch | 29.07 | 428.92 |
| Total | 29.07 | 428.92 |

| Distributions | Account Number | Amount |
|---|---|---|
| bill | xxxxxx7456 | 50.00 |
| CHECKING | xxxxxx0839 | 397.41 |
| Total | | 447.41 |

| Absences | | | | | |
|---|---|---|---|---|---|
| | 0.000000 | LGL | 14.400000 | | 0.000000 |

Penn Medicine
University *of* Pennsylvania Health System

Employee Name: Yolanda R. Ingram-Henley

Address: 3720 N 18th Street

Employee #: [redacted]

Receipt #: 2810561

Pay Date: July 10, 2026

Pay Period: June 21, 2026 - July 4, 2026

University Of Pennsylvania Health System

800 Spruce St

| Absences | | | | | |
|---|---|---|---|---|---|
| | 0.000000 | PER | 5.030000 | | 0.000000 |
| | 0.000000 | SCK | 3.170000 | | 0.000000 |
| | 0.000000 | VAC | 20.800000 | | 0.000000 |

Penn Medicine
University of Pennsylvania Health System

Employee Name: Yolanda R. Ingram-Henley

Address: 3720 N 18th Street

Employee #: [redacted]

Receipt #: 2859487

Pay Date: July 24, 2026

Pay Period: July 5, 2026 - July 18, 2026

University Of Pennsylvania Health System

800 Spruce St

| | Current | Year To Date |
|---|---|---|
| **Gross Pay:** | 1,204.89 | 18,360.49 |
| **Net Pay:** | 438.61 | 7,333.21 |

| Earnings | Hours | Rate | Current | Year To Date Earnings |
|---|---|---|---|---|
| Bereave | 0.00 | 0.000000 | 0.00 | 161.37 |
| Hol Wrkd | 0.00 | 0.000000 | 0.00 | 611.27 |
| Holiday | 0.00 | 0.000000 | 0.00 | 430.32 |
| Personal | 0.00 | 0.000000 | 0.00 | 557.63 |
| Sick | 0.00 | 0.000000 | 0.00 | 993.56 |
| Vaca | 0.00 | 0.000000 | 0.00 | 768.98 |
| Regular | 16.00 | 1.550000 | 24.80 | 14,837.36 |
| Regular | 32.00 | 2.250000 | 72.01 | 0.00 |
| Regular | 48.00 | 23.085200 | 1,108.08 | 0.00 |
| Total | | | 1,204.89 | 18,360.49 |

| Pre Tax Deductions | Current | Year To Date |
|---|---|---|
| *Delta EE | 20.32 | 483.81 |
| *FdltyPreTaxEE | 84.34 | 1,113.67 |
| *FlexHltc | 23.08 | 46.16 |
| *MD PPO EE | 345.00 | 4,772.00 |
| *SEPTA | 35.00 | 155.00 |
| *VSP | 9.93 | 78.49 |
| Total | 517.67 | 6,649.13 |

| Tax Deductions | Current | Year To Date |
|---|---|---|
| FederalIncomeTax | 40.54 | 776.52 |

Penn Medicine
University of Pennsylvania Health System

Employee Name: Yolanda R. Ingram-Henley

Address: 3720 N 18th Street

Employee #: [redacted]

Receipt #: 2859487

Pay Date: July 24, 2026

Pay Period: July 5, 2026 - July 18, 2026

University Of Pennsylvania Health System

800 Spruce St

| Tax Deductions | Current | Year To Date |
|---|---|---|
| MEDICREE | 11.18 | 185.96 |
| PA STATE | 24.76 | 398.46 |
| PHILA | 43.70 | 680.77 |
| SUEC | 0.84 | 12.85 |
| SocialSec-EE | 47.83 | 795.15 |
| Total | 168.85 | 2,849.71 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| AD&D_After Tax | 0.30 | 0.60 |
| DepLifCh | 1.87 | 19.99 |
| STD Post | 6.75 | 98.45 |
| SupLife | 3.83 | 57.45 |
| UPHSBest | 67.01 | 1,351.95 |
| Total | 79.76 | 1,528.44 |

| Company Deductions | Current | Year To Date |
|---|---|---|
| FdltyERMatch | 30.12 | 459.04 |
| Total | 30.12 | 459.04 |

| Distributions | Account Number | Amount |
|---|---|---|
| bill | xxxxxx7456 | 50.00 |
| CHECKING | xxxxxx0839 | 388.61 |
| Total | | 438.61 |

| Absences | | | | | |
|---|---|---|---|---|---|
| | 0.000000 | LGL | 14.400000 | | 0.000000 |

Penn Medicine
University of Pennsylvania Health System

Employee Name: Yolanda R. Ingram-Henley

Address: 3720 N 18th Street

Employee #: [redacted]

Receipt #: 2859487

Pay Date: July 24, 2026

Pay Period: July 5, 2026 - July 18, 2026

University Of Pennsylvania Health System

800 Spruce St

| Absences | | | | | |
|---|---|---|---|---|---|
| | 0.000000 | PER | 5.950000 | | 0.000000 |
| | 0.000000 | SCK | 5.380000 | | 0.000000 |
| | 0.000000 | VAC | 23.580000 | | 0.000000 |

Penn Medicine
University of Pennsylvania Health System

Employee Name: Yolanda R. Ingram-Henley

Address: 3720 N 18th Street

Employee #: [redacted]

Receipt #: 2908505

Pay Date: August 7, 2026

Pay Period: July 19, 2026 - August 1, 2026

University Of Pennsylvania Health System

800 Spruce St

| | Current | Year To Date |
|---|---|---|
| **Gross Pay:** | 1,204.88 | 19,565.37 |
| **Net Pay:** | 465.39 | 7,798.60 |

| Earnings | Hours | Rate | Current | Year To Date Earnings |
|---|---|---|---|---|
| Bereave | 0.00 | 0.000000 | 0.00 | 161.37 |
| Hol Wrkd | 0.00 | 0.000000 | 0.00 | 611.27 |
| Holiday | 0.00 | 0.000000 | 0.00 | 430.32 |
| Personal | 0.00 | 0.000000 | 0.00 | 557.63 |
| Sick | 0.00 | 0.000000 | 0.00 | 993.56 |
| Vaca | 0.00 | 0.000000 | 0.00 | 768.98 |
| Regular | 16.00 | 1.550000 | 24.80 | 16,042.24 |
| Regular | 32.00 | 2.250000 | 72.00 | 0.00 |
| Regular | 48.00 | 23.085200 | 1,108.08 | 0.00 |
| Total | | | 1,204.88 | 19,565.37 |

| Pre Tax Deductions | Current | Year To Date |
|---|---|---|
| *Delta EE | 20.32 | 504.13 |
| *FdltyPreTaxEE | 84.34 | 1,198.01 |
| *FlexHltc | 23.08 | 69.24 |
| *MD PPO EE | 345.00 | 5,117.00 |
| *SEPTA | 0.00 | 155.00 |
| *VSP | 9.93 | 88.42 |
| Total | 482.67 | 7,131.80 |

| Tax Deductions | Current | Year To Date |
|---|---|---|
| FederalIncomeTax | 44.74 | 821.26 |

Penn Medicine
University of Pennsylvania Health System

Employee Name: Yolanda R. Ingram-Henley

Address: 3720 N 18th Street

Employee #: [redacted]

Receipt #: 2908505

Pay Date: August 7, 2026

Pay Period: July 19, 2026 - August 1, 2026

University Of Pennsylvania Health System

800 Spruce St

| Tax Deductions | Current | Year To Date |
|---|---|---|
| MEDICREE | 11.70 | 197.66 |
| PA STATE | 24.76 | 423.22 |
| PHILA | 45.00 | 725.77 |
| SUEC | 0.85 | 13.70 |
| SocialSec-EE | 50.01 | 845.16 |
| Total | 177.06 | 3,026.77 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| AD&D_After Tax | 0.30 | 0.90 |
| DepLifCh | 1.87 | 21.86 |
| STD Post | 6.75 | 105.20 |
| SupLife | 3.83 | 61.28 |
| UPHSBest | 67.01 | 1,418.96 |
| Total | 79.76 | 1,608.20 |

| Company Deductions | Current | Year To Date |
|---|---|---|
| FdltyERMatch | 30.12 | 489.16 |
| Total | 30.12 | 489.16 |

| Distributions | Account Number | Amount |
|---|---|---|
| bill | xxxxxx7456 | 50.00 |
| CHECKING | xxxxxx0839 | 415.39 |
| Total | | 465.39 |

| Absences | | | | | |
|---|---|---|---|---|---|
| | 0.000000 | LGL | 14.400000 | | 0.000000 |

Penn Medicine
University of Pennsylvania Health System

Employee Name: Yolanda R. Ingram-Henley

Address: 3720 N 18th Street

Employee #: [redacted]

Receipt #: 2908505

Pay Date: August 7, 2026

Pay Period: July 19, 2026 - August 1, 2026

University Of Pennsylvania Health System

800 Spruce St

| Absences | | | | | |
|---|---|---|---|---|---|
| | 0.000000 | PER | 6.880000 | | 0.000000 |
| | 0.000000 | SCK | 7.600000 | | 0.000000 |
| | 0.000000 | VAC | 26.350000 | | 0.000000 |

Penn Medicine
University of Pennsylvania Health System

Employee Name: Yolanda R. Ingram-Henley

Address: 3720 N 18th Street

Employee #: [redacted]

Receipt #: 2957459

Pay Date: August 21, 2026

Pay Period: August 2, 2026 - August 15, 2026

University Of Pennsylvania Health System

800 Spruce St

| | Current | Year To Date |
|---|---|---|
| **Gross Pay:** | 1,180.69 | 20,746.06 |
| **Net Pay:** | 422.32 | 8,220.92 |

| Earnings | Hours | Rate | Current | Year To Date Earnings |
|---|---|---|---|---|
| Bereave | 0.00 | 0.000000 | 0.00 | 161.37 |
| Hol Wrkd | 0.00 | 0.000000 | 0.00 | 611.27 |
| Holiday | 0.00 | 0.000000 | 0.00 | 430.32 |
| Personal | 0.00 | 0.000000 | 0.00 | 557.63 |
| Vaca | 0.00 | 0.000000 | 0.00 | 768.98 |
| Regular | 12.00 | 1.550000 | 18.60 | 16,945.90 |
| Regular | 24.00 | 2.250000 | 54.01 | 0.00 |
| Personal | 5.00 | 23.085200 | 115.43 | 115.43 |
| Regular | 36.00 | 23.085200 | 831.05 | 0.00 |
| Sick | 7.00 | 23.085200 | 161.60 | 1,155.16 |
| Total | | | 1,180.69 | 20,746.06 |

| Pre Tax Deductions | Current | Year To Date |
|---|---|---|
| *Delta EE | 20.32 | 524.45 |
| *FdltyPreTaxEE | 82.65 | 1,280.66 |
| *FlexHltc | 23.08 | 92.32 |
| *MD PPO EE | 345.00 | 5,462.00 |
| *SEPTA | 35.00 | 190.00 |
| *VSP | 9.93 | 98.35 |
| Total | 515.98 | 7,647.78 |

Penn Medicine
University of Pennsylvania Health System

Employee Name: Yolanda R. Ingram-Henley

Address: 3720 N 18th Street

Employee #: [redacted]

Receipt #: 2957459

Pay Date: August 21, 2026

Pay Period: August 2, 2026 - August 15, 2026

University Of Pennsylvania Health System

800 Spruce St

| Tax Deductions | Current | Year To Date |
|---|---|---|
| FederalIncomeTax | 37.84 | 859.10 |
| MEDICREE | 10.83 | 208.49 |
| PA STATE | 24.02 | 447.24 |
| PHILA | 42.79 | 768.56 |
| SUEC | 0.82 | 14.52 |
| SocialSec-EE | 46.33 | 891.49 |
| Total | 162.63 | 3,189.40 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| AD&D_After Tax | 0.30 | 1.20 |
| DepLifCh | 1.87 | 23.73 |
| STD Post | 6.75 | 111.95 |
| SupLife | 3.83 | 65.11 |
| UPHSBest | 67.01 | 1,485.97 |
| Total | 79.76 | 1,687.96 |

| Company Deductions | Current | Year To Date |
|---|---|---|
| FdltyERMatch | 29.52 | 518.68 |
| Total | 29.52 | 518.68 |

| Distributions | Account Number | Amount |
|---|---|---|
| bill | xxxxxx7456 | 50.00 |
| CHECKING | xxxxxx0839 | 372.32 |
| Total | | 422.32 |

Penn Medicine
University *of* Pennsylvania Health System

Employee Name: Yolanda R. Ingram-Henley

Address: 3720 N 18th Street

Employee #: [redacted]

Receipt #: 2957459

Pay Date: August 21, 2026

Pay Period: August 2, 2026 - August 15, 2026

University Of Pennsylvania Health System

800 Spruce St

| Absences | | | | | |
|---|---|---|---|---|---|
| | 0.000000 | LGL | 19.200000 | | 0.000000 |
| | 0.000000 | PER | 2.800000 | | 0.000000 |
| | 0.000000 | SCK | 2.830000 | | 0.000000 |
| | 0.000000 | VAC | 29.120000 | | 0.000000 |