IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: | Case No. 26-13606 (DJB) |
| YOLANDA R. INGRAM | Chapter 13 |
| | **OBJECTION TO CONFIRMATION** |

Exeter Finance LLC ("Exeter"), a secured creditor of the Debtor, objects to the Debtor's Plan for the following reasons:

A. The Plan as proposed violates §1326(a)(1) since it does not provide for payment to Exeter of adequate protection payments for the **2018 Kia Sportage**. Adequate protection payments should be made to Exeter beginning in September of 2026 at $102.00 per month, being 1.0% of the vehicle value. Payments should be made within 30 days of filing and should continue up to and after confirmation, until regular payments are to be commenced through the Plan to Exeter. Adequate protection payments to Exeter should be given super priority administrative expense status and in all events must be paid prior to payment of any counsel fees to Debtor's attorney.

B. The vehicle must be insured with comprehensive and collision insurance coverage and liability coverage in accordance with the requirements contained in the contract. Exeter Finance LLC must be listed as loss payee or additional insured. **The Debtor must provide Exeter with proof that the vehicle is insured in accordance with**

**§1326(a)(4) and this portion of the objection to confirmation should be considered a demand that the Debtor provide proof of insurance**.

C. Exeter must retain its lien on the vehicle until such time that the Debtor completes her Chapter 13 Plan *and* receives a discharge.

/s/ William E. Craig
William E. Craig, attorney for
Exeter Finance LLC

Dated: 10/13/26