**B 2100A (Form 2100A) (12/15)**

# United States Bankruptcy Court

EASTERN District Of PENNSYLVANIA

In re INGRAM, YOLANDA R. Case No. 2613606 DJB

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

ECMC
Name of Transferee

PHEAA
Name of Transferor

Name and Address where notices to transferee should be sent:

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

Phone: 651-221-0566
Last Four Digits of Acct #: 7294

Court Claim # (if known): 2
Amount of Claim: $46,632.69
Date Claim Filed: 09/16/2026

Phone: 800-892-7576
Last Four Digits of Acct #: 7294

Name and Address where transferee payments should be sent (if different from above):

ECMC
Lockbox #8682
P.O. Box 16478
St. Paul, MN 55116-0478

Phone: 651-221-0566
Last Four Digits of Acct #: 7294

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Chammye Xiong- Yang
Transferee/Transferee's Agent

Date: 11/24/2026

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

PHEAA
Default Collections Department
1200 North Seventh Street, Harrisburg PA 17105-1444

November 1, 2026

Educational Credit Management Corporation
111 South Washington Avenue
Suite 1400
Minneapolis MN 55401

Dear Sir/Madam:

The Pennsylvania Higher Education Assistance Agency (PHEAA) hereby assigns to the Educational Credit Management Corporation (ECMC) its rights, title and interest in those student loans listed in the enclosure to this letter.

PHEAA hereby specifically waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy Rule 3001.

Sincerely,

Isaac S. Greene
VP, Enterprise Vendor, Guaranty, and Default Aversion
Loan Assets Management